**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Shawn LUNDY, Defendant–Appellant.**

No. 01–30006.

D.C. No. CR–00–00283–P.

United States Court of Appeals,
Ninth Circuit.

Submitted April 8, 2002.*

Decided April 16, 2002.

Before BROWNING, KLEINFELD,
and GOULD, Circuit Judges.

MEMORANDUM**

Shawn Lundy appeals the 120–month sentence imposed by the district court following his guilty plea conviction for manufacture of 1,000 marijuana plants and money laundering, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 1956(a)(1)(A)(i), respectively. We have jurisdiction pursuant to 18 U.S.C. § 3742, and we affirm.

Lundy contends that, under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), section 841(b)(1)(A)(vii) is unconstitutional on its face. This contention is foreclosed by our recent decision in *United States v. Buckland*, 277 F.3d 1173, 1177, 1187 (9th Cir. 2002) (en banc) (concluding that section 841 is not facially unconstitutional).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.